IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ROBERT M. LEE, | : | |
| Plaintiff, | : | |
| v. | : | |
| ACGO, INC., a Georgia Corporation, LARRY PULLIAM, and GARY STEVENS, Individuals | : | CIVIL ACTION NO. 1:15-cv-0695-AT |
| Defendants. | : | |

## ORDER

The Parties filed a Joint Motion to Approve Settlement and Dismiss Lawsuit With Prejudice ("Joint Motion") along with their proposed Settlement Agreement. [Doc. 21]. The Court has reviewed the Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11 Cir. 1982). Based on this review, the Court finds that the settlement agreement constitutes a fair, reasonable, and adequate resolution of this action. **THEREFORE**, the Court **GRANTS** the Parties' Joint Motion [Doc. 21] and **APRROVES** the Settlement Agreement. This matter is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own respective attorneys' fees and costs (except as set forth in the Settlement Agreement). Consistent with the terms of the Parties' Settlement Agreement, the Court retains jurisdiction to enforce the Parties' Settlement Agreement.

The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED** this 8th day of September, 2015.

_____
**Amy Totenberg**
**United States District Judge**